# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 03-6343-MA  **Proceeding Date:** April 19, 2005

**Case Title:** LINDA M. HARDING V. JO ANNE B. BARNHART

**Presiding Judge**: Malcolm F. Marsh  **Courtroom Deputy**: Connie Armstrong

**Reporter:**  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

Plaintiff's Stipulated Motion (#23) for Entry of Order Awarding Attorney's Fees Pursuant to EAJA is GRANTED in the amount of $6270.39.

**Document Number:** _____
**CIVIL MINUTES**

Revised April 19, 2005  Honorable Malcolm F. Marsh